UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                              :
ATLANTIC SUBSEA, INC.,                                        :
                                                              :
                                Plaintiff,                    :          24-CV-9142 (JMF)
                                                              :
              -v-                                             :          ORDER
                                                              :
CONSOLIDATED EDISON COMPANY OF NEW                            :
YORK, INC.,                                                   :
                                                              :
                                Defendant.                    :
                                                              :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 28, 2025, Defendant filed a motion to dismiss the complaint under Rule
12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-
one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a
matter of course.

       Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by
**March 21, 2025**. Pursuant to Local Civil Rule 15.1, available at
https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline
showing all differences between the original and revised filings. Plaintiff will not be given any
further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by three (3) weeks after the amended complaint is filed,
Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF
stating that it relies on the previously filed motion to dismiss. If Defendants files an answer or a
new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If
Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion
to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within
seven days of any opposition.

       If no amended complaint is filed, Plaintiff shall file any opposition to the motion to
dismiss by **March 21, 2025**. Defendant's reply, if any, shall be filed by **March 28, 2025**.

       Finally, it is further ORDERED that the initial pretrial conference previously scheduled
for March 11, 2025 is adjourned *sine die*.

       SO ORDERED.

Dated: March 3, 2025                    _____
       New York, New York                        JESSE M. FURMAN
                                              United States District Judge