UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATLANTIC SUBSEA, INC.,

               Plaintiff,

         -v-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

               Defendants.
------------------------------------------------------------------X

24-CV-9142 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* Docket No. 26, Defendant's earlier motion to dismiss filed at Docket No. 15 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **May 2, 2025**. Defendant's reply, if any, is due by **May 9, 2025**.

    The Clerk of Court is directed to terminate Docket No. 15.

    SO ORDERED.

Dated: April 18, 2025
       New York, New York

                                                 JESSE M. FURMAN
                                        United States District Judge